

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00395-CR

Marco **ARAMBULA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9973
Honorable Lorina I. Rummel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete the imposition of the $1,000 fine, and the judgment is AFFIRMED AS MODIFIED.

SIGNED November 14, 2018.

Sandee Bryan Marion, Chief Justice